EDWARD L. McCARTY, APPELLANT, v BOULEVARD COM-
MISSION OF HUDSON COUNTY ET AL., RESPONDENTS.

Argued March 8, 1918—Decided May 3, 1918.

On appeal from the Supreme Court, whose opinion is re-
ported in 91 *N. J. L.* 137.

For the appellant, *Collins & Corbin.*

For the respondents, *John J. Fallon.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Black in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE,
SWAYZE, TRENCHARD, PARKER, MINTURN, KALISCH, WHITE,
HEPPENHEIMER, WILLIAMS, TAYLOR, JJ.   11.

*For reversal*—None.

For the appellant, *Collins & Corbin.*

For the respondents, *John J. Fallon.*